O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED FABRICS INTERNATIONAL, INC., | ) ) | CV 08-6865 ODW (PLAx) |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | JUDGMENT |
| LANE BRYANT, INC., et al, | ) ) | |
| Defendants. | ) ) ) ) | |

This action came on for jury trial before the Court on January 12, 2010. On January 15, 2010, the jury returned verdict in favor of Plaintiff, as described below. All post-trial motions and briefing have been filed with the Court.

**ACCORDINGLY, THE COURT ENTERS JUDGMENT FOR PLAINTIFF AS FOLLOWS:**

A. Against Defendant K.E.S. Textiles, Inc. in the amount of Eighty-One Thousand Five Hundred and Seventy Dollars and Twenty Cents ($81,570.20).

B. Against Defendant Newport Apparel Corp. in the amount of One Hundred Twenty-Five Thousand Seven Hundred and Fifty Dollars and Sixty Cents ($125,750.60).

C. Against Defendant Lane Bryant, Inc. in the amount of Two Hundred Fourteen Thousand and Five Dollars ($214,005.00).

D. Against Defendants K.E.S. Textiles, Inc., Newport Apparel Corp., Defendant Lane Bryant, Inc., and Charming Shoppes, Inc., jointly and severally, in the amount of Twenty-Six Thousand Three Hundred and Forty-Four Dollars and Eighty Cents ($26,344.80) for Plaintiff's actual damages.

E. Against Defendants K.E.S. Textiles, Inc., Newport Apparel Corp., Defendant Lane Bryant, Inc., and Charming Shoppes, Inc., jointly and severally, in the amount of Six Thousand Nine Hundred and Seventy-Five Dollars and Forty-Seven Cents ($6,975.47) for Plaintiff's costs.

F. Against Defendants K.E.S. Textiles, Inc., Newport Apparel Corp., Defendant Lane Bryant, Inc., and Charming Shoppes, Inc., in proportion to their percentage of the judgment, in the amount of One Hundred Eighty-Four Thousand Eight Hundred and Thirty-five Dollars and Thirty-two Cents ($184,845.32) for Plaintiff's attorneys' fees.

G. Against Defendants K.E.S. Textiles, Inc., Newport Apparel Corp., Lane Bryant, Inc., and Charming Shoppes, Inc., jointly and severally, for post-judgment interest, in an amount that is to be calculated from the date of the entry of judgment at a rate of equal to 0.29 percent, computed daily, and compounded annually.

**IT SO ORDERED.**

June 28, 2010

_____
Otis D. Wright II
United States District Judge