# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-06865-WDK(PLAx) | Date | May 15, 2012 |
|---|---|---|---|
| Title | United Fabrics International, Inc. v. Lane Bryant, Inc. et al. | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|---|---|

| Patricia Gomez | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen M. Doniger<br>Scott A. Burroughs | Scott P. Shaw |

**Proceedings:**   Settlement Reached

    Case called.  Plaintiff's counsel Stephen M. Doniger and Scott A. Burroughs are present.  Defendant's counsel Scott P. Shaw is present.

The Court is advised that the Parties have reached a settlement. Counsel for both Parties read the terms of the settlement agreement onto the record in chambers.  The Court orders and grants disbursements of funds.

    IT IS SO ORDERED.

|   | : | 10 |
|---|---|---|
| Initials of Preparer | PG | |